gravel from the premises, the rental to be ten cents per cubic yard for all sand and gravel removed with a fixed minimum rental of $6,000 a year whether sand and gravel were removed or not. The lessee entered upon the premises, removed and paid for sand and gravel in an amount exceeding the minimum rental for the entire term, and, notifying plaintiffs that the sand and gravel were exhausted and it elected to cancel the lease, removed from the premises about three years and five months prior to its termination. The Appellate Division held that the lease was clear and unambiguous and by its terms the lessee was bound to pay the minimum rent for each year of the term whether the sand and gravel were exhausted or not, and that the payments for material removed in excess of the minimum during the years of occupancy by the lessee could not be credited as payments of the minimum rent reserved for the subsequent years:

*Charles L. Woody* for appellant.

*Sidney W. Davidson, Heber Smith* and *Leslie D. Dawson* for respondents.

Judgment, in each action, affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

GLEASNER COMPRESSED AIR SUPPLY AND EQUIPMENT COMPANY, INC., Respondent, *v.* THOMPSON-STARRETT COMPANY, INC., et al., Appellants.

*Appeal — unanimous affirmance — constitutional question not presented — appeal dismissed.*

*Gleasner Compressed A. S. & E. Co., Inc.,* v. *Thompson-Starrett Co., Inc.,* 217 App. Div. 785, appeal dismissed.

(Argued March 1, 1927; decided March 29, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

Prepared by State Reporter from Appeal Papers

entered August 6, 1926, unanimously affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. Plaintiff-respondent argued that permission to appeal had not been obtained by appellants and that no constitutional question was raised by exception, motion or pleading in the court below.

*Frank G. Raichle* for appellants.

*J. Edmund Kelly* and *William S. Rann* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

LEONARD K. RHINELANDER, Appellant, *v.* ALICE J. RHINELANDER, Respondent.

*Husband and wife — marriage — action to annul marriage on ground of fraud.*

*Rhinelander* v. *Rhinelander*, 219 App. Div. 189, affirmed.

(Argued March 1, 1927; decided March 29, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 11, 1927, affirming a judgment in favor of defendant entered upon a verdict in an action to annul a marriage upon the ground of fraud in that defendant was a mulatto and did not inform plaintiff of that fact before marriage, but represented to him that she was not at all of colored blood.

*Isaac N. Mills* and *Leon R. Jacobs* for appellant.

*Samuel F. Swinburne, Lee Parsons Davis* and *Richard E. Keogh* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.